Joseph Panvini
Pro hac vice
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012
(888) 595-9111
jpanvini@attorneysforconsumers.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| Odette Lecler,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GE Capital Retail Bank,<br><br>　　　　　Defendant. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:13-cv-00731-DBP |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Utah, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

　　　　Dated this 17th day of December, 2013.

　　　　　　　　　　　　　　　　　　　　　 s/ Joseph Panvini_____
　　　　　　　　　　　　　　　　　　　　　Joseph Panvini
　　　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　Weisberg & Meyers, LLC
　　　　　　　　　　　　　　　　　　　　　5025 N. Central Ave., #602
　　　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85012
　　　　　　　　　　　　　　　　　　　　　(888) 595-9111
　　　　　　　　　　　　　　　　　　　　　jpanvini@attorneysforconsumers.com

　　　　　　　　　　　　　　　　　　　　　 s/ Joshua Trigsted_____
　　　　　　　　　　　　　　　　　　　　　Joshua Trigsted
　　　　　　　　　　　　　　　　　　　　　jtrigsted@attorneysforconsumers.com
　　　　　　　　　　　　　　　　　　　　　Bar No. 13126

                                              Trigsted Law Group
                                              Corporate Headquarters
                                              5200 SW Meadows Rd., Ste. 150
                                              Lake Oswego, OR 97035
                                              (888) 595-9111

                                              Attorneys for Plaintiff

Filed electronically on this 17th day of December, 2013, with:

United States District Court CM/ECF system


By: s/ Lydia Bultemeyer
     Lydia Bultemeyer